EL PUEBLO *v.* DANIEL.

APELACIÓN procedente de la Corte de Distrito de San Juan.

No. 317.—Resuelto en marzo 27, 1911.

APELACIÓN—PRUEBAS CONTRADICTORIAS.—La apreciación de la corte inferior en los casos de pruebas contradictorias debe ser aceptada por el tribunal de apelación, a no ser que se demuestre que dicha corte actuó movida por pasión, prejuicio o parcialidad, o que incurriera en manifiesto error.

SENTENCIA EN CAUSAS CRIMINALES.—En las causas criminales, el cumplimiento de la sentencia no debe dejarse a voluntad del acusado, sino que, si el acusado fuere condenado a multa, debe imponerse la prisión como pena subsidiaria, en defecto de pago, a razón de un día por cada dollar que dejare de satisfacer.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Manuel F. Rossy.*

Abogado del apelado: *Sr. Jesús M. Rossy. Fiscal.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

El apelante Obdulio Daniel fué denunciado por Luis Sanquírico, Jefe de Distrito de la Policía Insular, imputándole la comisión del siguiente hecho, constitutivo de un delito de acometimiento y agresión con circunstancias agravantes: "Que en 26 de septiembre de 1910, y como entre 9 y 10 p. m.,

y en la calle de Comercio, Bayamón, del Distrito Judicial Municipal de Bayamón, que forma parte del Distrito Judicial de San Juan, este acusado, en momentos en que le interrogaba, con motivo de una investigación que practicaba, ilegal y voluntariamente y con intención de causarme daño, me acometió y agredió, dándome un golpe con el puño.''

Celebrada la vista, se practicaron las pruebas, consistentes en la declaración del denunciante y del detective Vallés por parte de la acusación, y en las declaraciones de los testigos Pérez y Rodríguez y en la del acusado por parte de la defensa.

Examinada la prueba en su totalidad, no existe controversia con respecto a haberse presentado el Oficial de la Policía Sanquírico y el detective Vallés en la panadería del acusado, con objeto de verificar el testimonio del muchacho Rosales, presunto autor de un delito de hurto, sobre el hecho de haber dado al acusado Daniel setenta y cinco pesos hurtados; pero sí existe controversia en cuanto a los actos realizados por Daniel, pues mientras los testigos de la acusación tienden a probar que Daniel se molestó con Sanquírico al manifestarle éste lo ocurrido e hizo ademán de agredirlo y le agredió dándole en una mano, los de la defensa tienden a demostrar que si bien Daniel se violentó en aquel acto, no fué con la policía, sino con el muchacho Rosales.

Este conflicto de la prueba fué resuelto por la corte sentenciadora que escuchó declarar a los testigos y que pudo verlos y juzgarlos personalmente, en contra del acusado, y tal resolución no debe alterarse, ya que no se ha demostrado la existencia de ningún érror manifiesto, ni que la dicha corte sentenciadora actuara movida por pasión, prejuicio o parcialidad.

La sentencia dictada por la corte de distrito, condena a Daniel a cincuenta dollars de multa y costas o a un mes de cárcel. Tal sentencia alternativa que deja a la voluntad del acusado la elección de la pena, debe modificarse de acuerdo con lo repetidamente resuelto por esta Corte Suprema, fijándose como principal la pena de multa y como subsidiaria la de cárcel, esto es, un día de cárcel por cada dollar que dejare

de satisfacer, no excediendo en su totalidad la prisión de treinta días.

Así modificada, debe confirmarse la sentencia recurrida.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf y Aldrey.